FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANKMAX, INC., a Washington corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>WAYNE DURAN, an individual; and AMERICAN GAS SERVICES, LLC, a Washington limited liability company,<br><br>      Defendants. | No. 2:22-CV-00101-SAB<br><br>**ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

    In the Court's July 19, 2022 Order, ECF No. 7, the Court gave Plaintiff the option to submit an amended complaint in response to Defendants' Motion to Dismiss, ECF No. 6. In the Order, the Court stated "If Plaintiff timely files an amended complaint, the Court will dismiss Defendants' Motion to Dismiss as moot."

    Plaintiff has now submitted a timely Amended Complaint. ECF No. 8. Thus, the Court dismisses Defendants' motion as moot.

//

//

//

**ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS AS MOOT # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, ECF No. 6, is **DISMISSED as moot**.

2. Defendants shall file their Answer within **twenty-one (21) days** of the filing of Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 9th day of August 2022.



              Stanley A. Bastian
        Chief United States District Judge

**ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS AS MOOT # 2**