AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TANKMAX, INC., a Washington Corporation,

*Plaintiff*

v.

WAYNE DURAN, an individual and AMERICAN GAS SERVICES, LLC, a Washington Limited Liability Company,

*Defendant*

)
)
)
)
)
)
)

Civil Action No. 2:22-CV-00101-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2024

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Findings of Fact and Conclusions of Law filed in this case at ECF No. 107, judgment is entered in favor of Defendants and against Tankmax.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Stanley A Bastian without a jury and the above decision was reached.

☐ decided by Judge _____

Date: 7/23/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams